```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 15081
   WILLIAM G JENKINS
   JOANNE A JENKINS                         CHAPTER 13

                                            JUDGE: A. BENJAMIN GOLDGAR

        Debtor
   SSN XXX-XX-1619    SSN XXX-XX-4490
```

---
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 11/16/06 and confirmed on 04/13/07.

   2.  The case was converted to Chapter 7 after confirmation, 05/08/2008.

   3.  The Debtor paid a total of $ 10922.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| OCWEN LOAN SVCG | CURRENT MORTG | .00 | .00 | .00 |
| OCWEN LOAN SVCG | MORTGAGE ARRE | .00 | .00 | .00 |
| GMAC PAYMENT CENTER | SECURED VEHIC | 12880.52 | 707.18 | 8031.84 |
| ACTIVITY COLLECTION SVC | UNSECURED | 147.00 | .00 | .00 |
| CREDIT COUNSELING SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| FASHION BUG | UNSECURED | NOT FILED | .00 | .00 |
| GREAT LAKES CREDIT UNION | UNSECURED | 6134.94 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 6582.00 | .00 | .00 |
| PEOPLES GAS | UNSECURED | NOT FILED | .00 | .00 |
| SIR FINANCE | UNSECURED | 1617.00 | .00 | .00 |
| RETAILERS NATL BANK | UNSECURED | NOT FILED | .00 | .00 |
| JAMES M PHILBRICK | ADMINISTRATIV | 500.00 | .00 | 500.00 |

        Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 12880.52 | 500.00 | 14480.94 | .00 | 27861.46 |
| PRINCIPAL PAID | 8031.84 | 500.00 | .00 | .00 | 8531.84 |
| INTEREST PAID | 707.18 | .00 | .00 | .00 | 707.18 |
| TOTAL PAID | 8739.02 | 500.00 | .00 | .00 | 9239.02 |

The Debtor's attorney, SHAW & FOLEY LLC             , was allowed $   2500.00
and was paid $    746.00  direct and $    645.80  through the plan.

The Trustee received $    452.18 .

Refunds to the Debtor totaled $    585.00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

```
Dated: 08/26/08                          /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE
```